UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

SCOTT A. CARNELL,

      Petitioner,

v.

UNITED STATES OF AMERICA,

      Respondent.

Case No. 23-cv-3198-JPG

**MEMORANDUM AND ORDER**

      This matter comes before the Court for case management purposes. On September 22, 2023, the Clerk of Court docketed a motion purportedly from petitioner Scott A. Carnell to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 (Doc. 1). The motion was not signed, so on September 26, 2023, the Court directed the Clerk's Office to send Carnell a copy of his motion without the filing headers so he could sign it and return it to the Court for substitution for his unsigned motion (Doc. 2). The Court warned Carnell that if he failed to promptly submit a signed motion, the Court would strike his motion pursuant to Federal Rule of Civil Procedure 11(a) and terminate this case.

      On October 10, 2023, the Court the mail to Carnell was returned (Doc. 4), likely because it did not include his inmate registration number. The following day, the Court directed the Clerk to resend the returned mailing including Carnell's registration number in the address (Doc. 5). The Court extended the deadline to respond to 21 days from entry of the order and again warned Carnell that if he failed to file a signed motion on time, it would strike his motion and terminate his case. That mailing was not returned. The 21-day deadline fell on November 1, 2023.

      November 1 has long passed, and the Court has not received a signed motion from

2

Carnell.  Since he has failed to promptly correct his unsigned motion, the Court **STRIKES** the motion (Doc. 1) pursuant to Rule 11(a).  Further, as it warned it would, the Court **DIRECTS** the Clerk of Court to terminate this case.

**IT IS SO ORDERED.**
**DATED:  November 28, 2023**

                                              s/ J. Phil Gilbert
                                              **J. PHIL GILBERT**
                                              **DISTRICT JUDGE**