UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

SCOTT A. CARNELL,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

Case No. 23-cv-3198-JPG

**MEMORANDUM AND ORDER**

    This matter comes before the Court on petitioner Scott Carnell's motion to reopen this case (Doc. 7). On September 22, 2023, the Clerk of Court docketed a motion purportedly from the petitioner to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 (Doc. 1). The motion was not signed, so the Court directed the Clerk's Office to send Carnell a copy of his motion without the filing headers so he could sign it and return it to the Court for substitution for his unsigned motion (Doc. 2). The Court warned Carnell that if he failed to promptly submit a signed motion, the Court would strike his motion pursuant to Federal Rule of Civil Procedure 11(a) and terminate this case. The Court extended the deadline once because of mailing problems, and then it waited nearly four weeks beyond the extended deadline before it acted. As it warned Carnell it would, the Court struck his petition for failure to promptly correct his unsigned motion and terminated this case. In his present motion, Carnell says he never got the copy of his petition that the Clerk's Office sent him and asks the Court to appoint him counsel.

    The Court **GRANTS** Carnell's motion to reopen the case (Doc. 7) and **DIRECTS** the Clerk's Office to reopen the case. The Court further **DIRECTS** the Clerk's Office to again send Carnell a copy of his original petition without headers. Carnell shall have up to and including January 31, 2024, to sign his original petition and mail it back to the Court. If the petition is

returned with Carnell's signature, the Court **DIRECTS** the Clerk's Office to replace the original unsigned petition with the signed one using the original filing date.

The Court further **DENIES without prejudice** Carnell's request for counsel until it conducts its preliminary review of his motion to determine whether, considering its complexity, justice requires appointment of counsel.

**IT IS SO ORDERED.**
**DATED:  January 3, 2024**

                                            s/ J. Phil Gilbert
                                            **J. PHIL GILBERT**
                                            **DISTRICT JUDGE**