UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SCOTT A. CARNELL, | |
| Petitioner, | |
| v. | Civil No. 23-cv-3198-JPG |
| UNITED STATES OF AMERICA, | Criminal No 18-cr-40066-JPG |
| Respondent. | |

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that petitioner Scott A. Carnell's motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255 is denied, that judgment is entered in favor of respondent United States of America and against petitioner Scott A. Carnell, and that this case is dismissed with prejudice.

DATED: April 25, 2025          MONICA A. STUMP, Clerk of Court

                               **s/ Tina Gray, Deputy Clerk**


**Approved:**   s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**